**THIS ORDER IS APPROVED.**

**Dated: June 06, 2010**



_____
**JAMES M. MARLAR**
**Chief Bankruptcy Judge**
_____

Law Office of Kathryn L. Johnson, PLC
Kathryn L. Johnson, Esq.
State Bar No. 019150/PCC No. 66037
2 E. Congress Street, Suite 900
Tucson, AZ 85701
(520) 743-2257; (520) 743-2231 (fax)
Email: kjohnsonjd@aol.com

Attorney for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | In Proceeding Under Chapter 13 |
| | Case No. 4:08-bk-11596-JMM |
| RAMON FIGUEROA, | ORDER GRANTING MOTION TO |
| ANA FIGUEROA | EXTEND TIME TO FILE THE |
| | STIPULATED ORDER TO CONFIRM |
| Debtor. | PLAN |

Debtors, Ramon and Ana Figueroa, by and through counsel undersigned, filed a Motion to Extend Time to File the Stipulated Order to Confirm Plan. The Court has considered the record, and no opposition being filed thereto,

IT IS ORDERED that the Motion is granted. Debtors have until July 10, 2010 to file their Stipulated Order Confirming Plan.